UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Reverend Doctor Keith Alan Lasko

       Plaintiff(s),
vs.

Mangesh Tarte, M.D.

       Defendant(s).

Case 2:15-cv-01538-JCM-GWF

**DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __August 12, 2015__
(Original, Amended, etc)       (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Mangesh Tarte, M.D.__

in the above-entitled action is hereby entered.

DATED: __September 28, 2015__

LANCE S. WILSON, CLERK

By: /s/ Patti Smythe

Deputy Clerk