UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REVEREND DOCTOR KEITH ALAN LASKO, M.D., etc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN COLLEGE OF PHLEBOLOGY, )<br>et al., )<br>)<br>Defendants. )<br>) | Case No. 2:15-cv-01538-JCM-GWF<br><br>**ORDER** |

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed August 12, 2015.  Defendants filed a Motion to Dismiss (#4) on September 8, 2015.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **November 16, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 6th day of November, 2015.

                                                */s/ George Foley, Jr.*
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge