# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REVEREND DOCTOR KEITH ALAN LASKO, M.D., etc., ) ) )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN COLLEGE OF PHLEBOLOGY, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:15-cv-01538-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to Strike (#18), filed on October 19, 2015.

Defendants move to strike Plaintiff's Objection to Motion to Dismiss (#17). Plaintiff's Objection (#17) is an extension of his Response to the Motion to Dismiss (#7), and is essentially a sur-reply. There is no provision in the Local Rules that provides for a sur-reply, and one may not be filed without leave of the Court. *See Bacon v. Reyes*, 2015 WL 298694 at *3 (D. Nev. 2014). Plaintiff did not seek leave of the Court before filing this sur-reply, and the Court will therefore strike the Objection (#17). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike (#18) is **granted**. Plaintiff's Objection to Motion to Dismiss (#17) is hereby **stricken**.

**DATED** this 13th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge