1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

7
8
9
10
11
12
13

| | |
|---|---|
| REVEREND DOCTOR KEITH ALAN LASKO, M.D., etc., ) ) ) | |
| Plaintiff, ) ) | Case No. 2:15-cv-01538-JCM-GWF |
| vs. ) ) | **ORDER** |
| AMERICAN COLLEGE OF PHLEBOLOGY, et al., ) ) ) | **Petition Regarding Damages (#15) and Request for Sanctions (#16)** |
| Defendants. ) ) | |

14    This matter is before the Court on Plaintiff's Petition Regarding Damages and Request for

15   Sanctions for Fraudulent Misrepresentation and Obstruction of Justice by American College of

16   Phlebology (#15, #16).   Defendants filed an Opposition to Plaintiff's Motion for Sanctions (#19)

17   which is directed at Docket Nos. 15 and 16.  No reply briefs have been filed.

18    Plaintiff seeks sanctions on the grounds that Defendants agreed to accept service of the

19   summons and complaint on behalf of Defendant Mangesh Tarte, M.D., but Defendants now claim

20   that they and their counsel do not represent Dr. Tarte and have notified Plaintiff that he has not been

21   properly served.  The exhibits attached to Plaintiff's Petition and Request do not establish that

22   Defendants or their counsel accepted service on behalf of Dr. Tarte.  The Court, therefore, finds no

23   basis to impose sanctions on Defendants.  Accordingly,

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

**IT IS HEREBY ORDERED** that Plaintiff's Petition Regarding Damages and Request for Sanctions for Fraudulent Misrepresentation and Obstruction of Justice by American College of Phlebology (#15, #16) are **denied.**

DATED this 19th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2