KRISTOL BRADLEY GINAPP
Nevada Bar No. 8468
Email: kristol.ginapp@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

Attorneys for American College of
Phlebology, Bruce Sanders, Mark
Forrestal, Michael Armitage, Caryl Tynan,
and Stephen F. Daugherty

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH ALAN LASKO, MD, President of the AMERICAN ACADEMY OF PERIPHERAL VASCULAR DISEASE OF THE FIRST CHURCH OF THE EPIPHANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN COLLEGE OF PHLEBOLOGY, BRUCE SANDERS, MARK FORRESTAL, MD, MICHAEL ARMITAGE, CARYL TYNAN, STEPHEN F. DAUGHERTY, MD, and MANGESH TARTE, MD,<br><br>Defendants. | CASE NO. 2:15-cv-01538-JCM-GWF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiff Keith Alan Lasko, MD, in proper person, and Defendants American College of Phlebology, Bruce Sanders, Mark Forrestal, MD, Michael Armitage, Caryl Tynan, Stephen F. Daugherty, MD by and through their attorney of record, Kristol Bradley Ginapp, Esq. of the law firm Lewis Brisbois Bisgaard & Smith LLP, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate and agree to the dismissal with prejudice of

///

1 all defendants and all claims of this action, with no claims to be reinitiated by Plaintiff and with each party to bear their own costs and fees.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's Motion for Default Judgment as to Defendant Mangesh Tarte, MD (Dkt. #33) should be denied as moot.

**IT IS SO STIPULATED,**

DATED: 2/5/16, 2016.    DATED: 2/5/16, 2016

_____    _____
KEITH ALAN LASKO, MD, *Pro Se*    KRISTOL BRADLEY GINAPP
8604 Vivid Violet Avenue    Lewis Brisbois Bisgaard & Smith LLP
Las Vegas, NV 89143    6385 S. Rainbow Boulevard, Suite 600
(702) 498-8876    Las Vegas, Nevada 89118
    (702) 693-4381
    Attorneys for American College of Phlebology, Bruce Sanders, Mark Forrestal, Michael Armitage, Caryl Tynan, and Stephen F. Daugherty

**IT IS SO ORDERED.**

_____
United State District Court Judge

Dated: February 11, 2016